# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136324(50)

WILLIE WRIGHT,
      Plaintiff-Appellee,

v

           SC: 136324
           COA: 274668
           Oakland CC: 2003-050906-NO

MICRO ELECTRONICS, INC.,
      Defendant-Appellant,
and

TONY NUNEZ and FRANK ANGELUCCI,
      Defendants.

_____/

      On order of the Court, the motion for reconsideration of this Court's July 23, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008                                    _____
                                                     Clerk

d1020